DAYLE ELIESON
United States Attorney
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Christopher.Burton4@usdoj.gov
*Representing the United States of America*



FILED ____ RECEIVED ____
ENTERED ____ SERVED ON ____
COUNSEL/PARTIES OF RECORD

DEC 11 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 972-294-9673. | Case No. 2:18-mj-0800-PAL<br><br>**GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL CASES** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 214-270-4001. | Case No. 2:18-mj-0801-PAL<br><br>**GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL CASES** |

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INORMATION ASSOCIATED WITH THE CELLULAR TELEPHONES ASSIGNED CALL NUMBER 972-294-9673, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE USA, INC. | Case No. 2:18-mj-0803-PAL<br><br>**GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL CASES** |
| IN THE MATTER OF THE SEARCH OF INORMATION ASSOCIATED WITH THE CELLULAR TELEPHONES ASSIGNED CALL NUMBER 806-473-5871, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE USA, INC. | Case No. 2:18-mj-0804-PAL<br><br>**GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL CASES** |

**CERTIFICATION: This Motion is timely filed.**

COMES NOW the United States of America, by and through its attorneys, DAYLE ELIESON, United States Attorney, and Christopher Burton, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant cases. Specifically, the undersigned requests to unseal the Search Warrants filed under the instant cases and all related documents in anticipation of producing the same as discovery in Case No. 2:18-cr-00384-APG-PAL.

DATED this 11 day of December, 2018.

Respectfully,

DAYLE ELIESON
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 972-294-9673. | Case No. 2:18-mj-0800-PAL<br><br>**ORDER TO UNSEAL CASES** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 214-270-4001. | Case No. 2:18-mj-0801-PAL<br><br>**ORDER TO UNSEAL CASES** |

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF INORMATION ASSOCIATED WITH THE CELLULAR TELEPHONES ASSIGNED CALL NUMBER 972-294-9673, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE USA, INC. | Case No. 2:18-mj-0803-PAL<br><br>**ORDER TO UNSEAL CASES** | |
| IN THE MATTER OF THE SEARCH OF INORMATION ASSOCIATED WITH THE CELLULAR TELEPHONES ASSIGNED CALL NUMBER 806-473-5871, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE USA, INC. | Case No. 2:18-mj-0804-PAL<br><br>**ORDER TO UNSEAL CASES** | |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this ___ day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

1  DAYLE ELIESON
   United States Attorney
2  CHRISTOPHER BURTON
   Assistant United States Attorney
3  Nevada Bar No. 12940
   District of Nevada
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336 / Fax: (702) 388-5087
   Christopher.Burton4@usdoj.gov
6  *Representing the United States of America*

7                  UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 972-294-9673. | Case No. 2:18-mj-0800-PAL<br><br>**GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL CASES** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 214-270-4001. | Case No. 2:18-mj-0801-PAL<br><br>**GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL CASES** |

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INORMATION ASSOCIATED WITH THE CELLULAR TELEPHONES ASSIGNED CALL NUMBER 972-294-9673, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE USA, INC. | Case No. 2:18-mj-0803-PAL<br><br>GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL CASES |
| IN THE MATTER OF THE SEARCH OF INORMATION ASSOCIATED WITH THE CELLULAR TELEPHONES ASSIGNED CALL NUMBER 806-473-5871, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE USA, INC. | Case No. 2:18-mj-0804-PAL<br><br>GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL CASES |

**CERTIFICATION: This Motion is timely filed.**

COMES NOW the United States of America, by and through its attorneys, DAYLE ELIESON, United States Attorney, and Christopher Burton, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant cases. Specifically, the undersigned requests to unseal the Search Warrants filed under the instant cases and all related documents in anticipation of producing the same as discovery in Case No. 2:18-cr-00384-APG-PAL.

DATED this 11 day of December, 2018.

Respectfully,

DAYLE ELIESON
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 972-294-9673. | Case No. 2:18-mj-0800-PAL<br><br>**ORDER TO UNSEAL CASES** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 214-270-4001. | Case No. 2:18-mj-0801-PAL<br><br>**ORDER TO UNSEAL CASES** |

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INORMATION ASSOCIATED WITH THE CELLULAR TELEPHONES ASSIGNED CALL NUMBER 972-294-9673, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE USA, INC. | Case No. 2:18-mj-0803-PAL<br><br>**ORDER TO UNSEAL CASES** |
| IN THE MATTER OF THE SEARCH OF INORMATION ASSOCIATED WITH THE CELLULAR TELEPHONES ASSIGNED CALL NUMBER 806-473-5871, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE USA, INC. | Case No. 2:18-mj-0804-PAL<br><br>**ORDER TO UNSEAL CASES** |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this 13 day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

4